### SPRAGUE *et al.* v. GARDINER *et al.*

Appeal from circuit court, Lawrence county. Hon. CHAS. M. THOMAS, Judge.

Action in attachment by Otho S. A. Sprague and others affainst Charles H. Gardiner and another. From an order discharging the writ issued, plaintiffs appeal. Affirmed.

*Wood & Buell* and *McLaughlin & McLaughlin,* for appellants.
*Martin & Mason,* for respondents.

CORSON, P. J. This case was submitted upon the abstract and arguments in Mercantile Co. v. Same Defendants, 5 S. D.— 58 N. W. 557; the facts in both cases being the same. For the reasons given in the opinion in that case, filed this term, the order of the circuit court discharging the attachment in this case is affirmed.